USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/9/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PABLO CANTU *et al*.,                          :
                                               :
                    Plaintiffs,                :
                                               :         **ORDER**
        -v-                                    :
                                               :         21-CV-4664 (JLC)
KALAHOSPITALITYGROUP LLC *et al.*,             :
                                               :
                    Defendants.                :
------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

        WHEREAS, the docket indicates in a final report of the mediator on November 8, 2021

that a mediation in this case was held and the parties reached a settlement on all issues (Dkt. No.

35); and

        WHEREAS, the parties have now agreed to consent to my jurisdiction over this case

under 28 U.S.C. § 636(c) for all purposes (Dkt. No. 36);

        IT IS HEREBY ORDERED that the parties are directed to file a joint letter motion along

with their settlement agreement **no later than December 1, 2021** to request court approval.  The

letter motion should explain why the proposed settlement is fair and reasonable and otherwise

complies with the Second Circuit's decision in *Cheeks v. Freeport Pancake House, Inc.*, 796

F.3d 199 (2d Cir. 2015).  The parties are directed to this Court's rulings in *Martinez v. Avalanche

Construction Group Inc.*, No. 20-CV-11065 (JLC), 2021 WL 5001415 (S.D.N.Y. Oct. 28, 2021

(unreasonable restrictions on use of social media to publicize settlement stricken); *Cruz v. Relay

Delivery, Inc.*, 17-CV-7475 (JLC), 2018 WL 4203720 (S.D.N.Y. Sept. 4, 2018) ("no

reemployment" provision impermissible and provision related to communication with media

should not be overly restrictive); *Rivera v. Relay Delivery, Inc.,* 17-CV-5012 (JLC), 2018 WL

1989618 (S.D.N.Y. Apr. 26, 2018) (release that was broader and thus more favorable to defendants than plaintiff's narrower release was impermissible); *Howard v. Don Coleman Advertising, Inc.*, 16-CV-5060 (JLC), 2017 WL 773695 (S.D.N.Y. Feb. 28, 2017) (any mutual non-disparagement provision must include carve-out for truthfulness); and *Souza v. 65 St. Marks Bistro*, 15-CV-327 (JLC), 2015 WL 7271747 (S.D.N.Y. Nov. 6, 2015) (regarding impermissible confidentiality provisions and the proper scope of mutual general releases), for further guidance as to permissible and impermissible terms.

For recent settlement papers that the Court has approved, the parties are directed to the following cases, as examples: *Rodriguez v. Emenike*, No. 18-CV-5786 (Dkt. Nos. 36, 38 (settlement agreement); Dkt. No. 37 (court approval order)); *Yahuiti v. L Ray LLC*, No. 19-CV-1114 (Dkt. No. 24 (settlement agreement); Dkt. No. 25 (court approval order)); *De Luna Hernandez v. City Catering*, No. 18-CV-3919 (Dkt. No. 49 (settlement agreement); Dkt. No. 50 (court approval order)); and *Sanchez v. New York Kimchi Catering Corp.*, No. 16-7784 (Dkt. No. 98 (settlement agreement) and Dkt. No. 99 (court approval order).

**SO ORDERED.**

Dated: November 9, 2021
     New York, New York

_____
JAMES L. COTT
United States Magistrate Judge